**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose de Jesus GARCIA, Also Known as Jose Jesus Garcia, Also Known as Jose Garcia, Defendant–Appellant.**

No. 09–50826
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 26, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Bernie Martinez, Esq., Law Office of Bernie Martinez, San Antonio, TX, for Defendant–Appellant.

Jose De Jesus Garcia, Beaumont, TX, pro se.

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jose de Jesus Garcia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Garcia has not filed a response.

We do not enforce Garcia's appeal waiver in light of the district court's failure to admonish him adequately of its conse-

---

quences. Nevertheless, our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.